UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN MANIS,

    Plaintiff,

v.

HERRIN LAUNDRY PRODUCTS d/b/a MAYTAG,

    Defendant.

Case No. 05-cv-4150-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on the motion for summary judgment filed by defendant Herrin Laundry Products (Doc. 24), which was filed on January 26, 1007.  Pursuant to Local Rule 7.1(c), plaintiff John Manis's response was due 30 days after the motion for summary judgment was filed, but 30 days have passed and Manis has not responded.  The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion.  Local Rule 7.1(c).  The Court hereby **ORDERS** Manis to **SHOW CAUSE** on or before May 11, 2007, why the Court should not construe his failure to timely respond to the motion for summary judgment as an admission of the merits of the motion and dismiss his claims against Herrin Laundry Products.  Failure to respond in a timely manner to this order may result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket.  *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

**IT IS SO ORDERED.**
**DATED:  April 27, 2007**

                                                s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**