UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN MANIS,

    Plaintiff,

  v().                                   Case No. 05-cv-4150-JPG

HERRIN LAUNDRY PRODUCTS d/b/a
MAYTAG,

    Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Whirlpool Herrin Division f/k/a Herrin Laundry Products d/b/a Maytag and against plaintiff John Manis and that this case is dismissed with prejudice.

**DATED:** August 22, 2007                **NORBERT JAWORSKI**

                                                              s/Brenda K. Lowe
                                                              **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**